903 N.E.2d 419 (2009)
Katherine HEUPEL, petitioner,
v.
Jorie Lynn JENKINS, respondent.
No. 106352.
Supreme Court of Illinois.
March 25, 2009.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in Heupel v. Jenkins, 379 Ill.App.3d 893, 319 Ill.Dec. 18, 884 N.E.2d 1263 (2008). The appellate court is directed to reconsider its judgment in light of Ready v. United/Goedecke Services, Inc., case No. 103474, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___ (opinion filed 11/25/08), to determine if a different result is warranted.